```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                   JACKSON DIVISION
```

UNITED STATES OF AMERICA

VS.
                                CRIMINAL NO. 3:94CR129-TSL

STANLEY ASIBOR

<u>ORDER REDUCING SENTENCE</u>

This cause is before the court on the defendant's motion for reduction of sentence (docket no. 253), filed on Asibor's behalf by the Federal Public Defender.[1]  The government opposes any reduction which is not within the upper 15 percent of the recalculated guideline range, and adds that the new sentence should be ordered to run consecutively to a 57-month term of imprisonment which Asibor received for illegal reentry.  Having considered the parties' submissions, the court concludes that the motion for reduction will be granted to the extent as follows:

(1) Defendant's sentence as to his conviction for possession with intent to distribute cocaine base is reduced from 205 months to 162 months;[2]

(2) All other terms and provisions of the original judgment remain in effect, including defendant's 57-

---

[1] On March 3, 2008, Asibor filed a <u>pro se</u> motion for reduction of sentence (docket entry no. 251).  This motion will be denied as moot.

[2] The parties agree that the new guideline range for defendant is 135 to 168 months.  At the time of his original sentencing, the guideline range applicable to his conviction of possession with intent to distribute cocaine-base was 168 to 210 months.

month consecutive sentence which resulted from his conviction for illegal reentry by an alien.

A copy of this order shall be transmitted to the Bureau of Prisons immediately.

SO ORDERED on this the _7th_ day of July, 2008.

    _/s/ Tom S. Lee_____
    UNITED STATES DISTRICT JUDGE